**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02017-CMA-KMT

CAROL POLLARD,

    Plaintiff,

v.

COLLECTO, INC., d/b/a EOS CCA, a Massachusetts corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Court having reviewed Plaintiff's Unopposed Motion To Dismiss With Prejudice (Doc. # 16), and being fully apprised, hereby GRANTS the motion. It is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED:  February __19__, 2013

                                          BY THE COURT:

                                          *Christine M. Arguello*
                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge